UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE W. EDWARDS,

    Plaintiff,

v.

BUREAU OF PRISONS, et al.,

    Defendants.

CASE NO. C07-99 MJP

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state claim;

(3) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 8 day of May, 2007.

MARSHA J. PECHMAN
United States District Judge

07-CV-00099-ORD

ORDER
PAGE - 1